**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| RICHARD D. HURLES, *Petitioner-Appellant*, <br><br> v. <br><br> CHARLES L. RYAN, *Respondent-Appellee*. | No. 08-99032 <br><br> D.C. No. CIV-00-0118-PHX-RCB District of Arizona, Phoenix <br><br> ORDER |

Filed March 19, 2013

Before: Harry Pregerson, Dorothy W. Nelson, and Sandra S. Ikuta, Circuit Judges.

---

**ORDER**

The Court takes the respondent's Motion for Ruling on Respondent-Appellees' Petition for Rehearing En Banc and the petitioner's Motion to remand pursuant to *Martinez v. Ryan*, 132 S.Ct. 1309 (2012), under submission. The Court defers ruling on these motions pending the resolution of *Detrich v. Ryan*, No. 08-99001.

**IT IS SO ORDERED.**